UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO-CRUZ,<br>    Plaintiff,<br>v.<br>S. TINCHER, et al.,<br>    Defendants. | Case No. 20-cv-02714-HSG<br>**ORDER**<br>Re: Dkt. No. 6 |

Plaintiff's request for a courtesy copy of his complaint is GRANTED. Dkt. No. 6. The Court has provided plaintiff with a courtesy copy of his complaint under separate cover.

This order terminates Dkt. No. 6.

**IT IS SO ORDERED.**

Dated: 5/26/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge