UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO-CRUZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. TINCHER, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02714-HSG<br><br>**JUDGMENT** |

As set forth in the Order of Dismissal, this action is dismissed for failure to pay the filing fee.  Judgment is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

Dated:  7/13/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge